MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Facsimile: (408) 535-5066
   Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GARY JAMES ROLLER, <br><br> Defendant. | No. CR 08-00361(B) RMW <br><br> **STIPULATION AND []** <br> **ORDER TO CONTINUE PRETRIAL** <br> **CONFERENCE FROM NOVEMBER 8,** <br> **2012 TO NOVEMBER 29, 2012** |

The parties hereby request the Court enter this order continuing the pretrial conference in the above-captioned matter from November 8, 2012 to November 29, 2012. The parties, including the defendant stipulate, as follows:

1. On September 13, 2012, the Court entered a proposed order submitted by the parties continuing the trial date in this matter to December 3, 2012 and setting the pretrial conference for November 8, 2012 at 2:00 p.m.

2. Government counsel will be unavailable at the time of the pretrial conference because of a family medical situation. Defense counsel is not available the week of November 12 because

of previously scheduled trip to New York. The week of November 19 is the week of Thanksgiving.

  Given these circumstances, the parties believe, and request that the Court find, that good cause exists for continuing the pretrial conference in this case from November 8, 2012 to November 29, 2012.

IT IS SO STIPULATED.

DATED: 10/29/12            /s/
                PETER LEEMING
                GRAHAM ARCHER
                Attorneys for Defendant

DATED: 10/29/12            /s/
                HANLEY CHEW
                Assistant United States Attorney
                Attorney for Plaintiff

### **[] ORDER**

  Having considered the stipulation of the parties, the Court finds that good cause exists for continuing the pretrial conference in the above-captioned case from November 8, 2012 to November 29, 2012. Accordingly, the Court further orders that the pretrial conference in the above-captioned case from November 8, 2012 to November 29, 2012.

IT IS SO ORDERED.

DATED: FFÖĐĐFG          *Ronald M. Whyte*
                THE HONORABLE RONALD M. WHYTE
                United States District Court Judge