MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

CAROLYNE A. SANIN (DCBN 499564)
Special Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5060
Facsimile: (408) 535-5066
hanley.chew@usdoj.gov
carolyne.sanin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00361(B) RMW |
| Plaintiff, | **NOTICE OF DISMISSAL AND [] ORDER** |
| v. | |
| GARY JAMES ROLLER, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses count one of the above indictment without prejudice.

DATED: January 14, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
HANLEY CHEW
Assistant United States Attorney
CAROLYNE A. SANIN
Special Assistant United States Attorney

GOVT'S NOTICE OF DISMISSAL
CR 08-0361(B) RMW

[] ORDER

The Court hereby grants the government leave to dismiss count one of the indictment without prejudice.

DATED:_____          _Ronald M. Whyte_____
                              THE HONORABLE RONALD M. WHYTE
                              United States District Court Judge

GOVT'S NOTICE OF DISMISSAL
CR 08-0361(B) RMW